Before STATE INDUSTRIAL BOARD, Respondent. IRVING LASHER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Award reversed and claim dismissed, on the authority of New York Central & Hudson·River R. R. Co. v. Carr (238 U. S. 260). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. SAMUEL LUBLINER, Respondent, v. WEAR EVER OVERALL COMPANY and Another, Appellants.— Award modified to limit compensation as for ten per cent of loss of right foot, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN LUNDQUIST, Respondent, v. JAMES ARMSTRONG and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN SAMUEL LATTIMORE, Respondent, v. ST. LUKE'S CHURCH and Another,· Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. PETER B. MORAN, Respondent, v. HYDE BROTHERS and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of loss of earning capacity. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. SOPHIE MICHAEL, Respondent, v. ROTHBARDT & LO BELL and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN McDONALD, Respondent, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES McAVOY, Respondent, v. R. H. HOWES CONSTRUCTION COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LUKE MEEHAN, Respondent, v. MELDOWNEY & MARTIN, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE McGLINCHEY, Respondent, v. NATIONAL ANILINE AND CHEMICAL COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal proof of dependency. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MICHAEL C. MULHERN, Respondent, v. UNITED STATES RAILROAD ADMINISTRATION (NEW YORK CENTRAL RAILROAD COMPANY), Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of Snow v. United States Railroad Administration (209 App. Div. 308; affd., 239 N. Y. 528). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JEAN MALHANEY, Respondent, v. BOOTH & FLINN, LTD., Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.